Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON,<br><br>        Plaintiffs,<br>    v.<br><br>KELAYE CONCRETE, LLC, an Oregon limited liability company; and REBEKAH WILLIAMS, an individual,<br><br>        Defendants. | Cause No. 16-cv-722 RSM<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Local Civil Rule 7.1(a), plaintiffs Carpenters Health and Security Trust of Western Washington, Carpenters Retirement Trust of Western Washington, Carpenters-Employers Vacation Trust of Western Washington, and Carpenters-Employers Apprenticeship and Training Trust of Western Washington (the "Carpenters Trusts") make the following disclosures:

The Carpenters Trusts are Taft-Hartley trust funds created pursuant to §302(c) of the Labor Management Relations Act.  The Carpenters Trusts have no parent

CORPORATE DISCLOSURE STATEMENT – 1
16-cv-722 RSM

**EKMAN THULIN, P.S.**
ATTORNEYS AT LAW
220 WEST MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

1 corporation, and no corporation owns any interest, stock, equity, or otherwise, in the
2 plaintiffs.
3     Dated: May 23, 2016.

_____
Jeffrey G. Maxwell, WSBA #33503
Ekman Thulin, P.S.
220 W Mercer Street, Suite 400
Seattle, Washington 98119
(206) 282-8221 (t)
(206) 285-4587 (f)
j.maxwell@ekmanthulin.com

Attorneys for the Plaintiff Carpenters Trusts of Western Washington

CORPORATE DISCLOSURE STATEMENT – 2
16-cv-722 RSM

**EKMAN THULIN, P.S.**
ATTORNEYS AT LAW
220 WEST MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I certify that on Monday, May 23, 2016, I caused the Carpenters Trusts' *Corporate Disclosure Statement* to be filed with the Court via CM/ECF served via regular mail on: |
| 4 | (none) |

Dated: May 23, 2016.

_____
Jeffrey G. Maxwell, WSBA #33503

CORPORATE DISCLOSURE STATEMENT – 3
16-cv-722 RSM

**EKMAN THULIN, P.S.**
ATTORNEYS AT LAW
220 WEST MERCER STREET, SUITE 400
SEATTLE, WASHINGTON 98119-3966
(206) 282-8221